EARL BUCHANAN, JR., ADMINISTRATOR OF THE ESTATE OF LYNN
BUCHANAN, DECEASED, v. DICKERSON, INCORPORATED.

(Filed 27 September, 1950.)

APPEAL by defendant from *Rousseau, J.,* 7 June, 1950. From RUTHER-
FORD.    Affirmed.

This was an action to recover damages for the wrongful death of plain-
tiff's intestate alleged to have been caused by negligence on the part of
the defendant while engaged in resurfacing a highway under contract
with the State Highway and Public Works Commission. It was alleged
that the death of plaintiff's intestate, who was a passenger in an auto-
mobile being driven over the highway, proximately resulted from defend-
ant's negligence.

Defendant in apt time moved to strike certain portions of the com-
plaint. The motion was allowed in part and in other particulars denied.
Defendant excepted and appealed.

*Hamrick & Hamrick and Sidney L. Truesdale for plaintiff, appellee.*
*Smathers & Meekins for defendant, appellant.*

PER CURIAM.    The defendant's exception to the ruling of the court
below is without merit. *Hinson v. Britt, ante,* 379; *Hildebrand v. Tel.
Co.,* 216 N.C. 235, 4 S.E. 2d 439; *Hardy v. Dahl,* 209 N.C. 746, 184
S.E. 480.

No new question is presented which requires elaboration. The judg-
ment is
Affirmed.